UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Adrian Maurice Elder**  Docket No. 5:14-CR-162-1D

**Petition for Action on Supervised Release**

COMES NOW Tyler L. Wiegand, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Adrian Maurice Elder, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(l) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 27, 2015, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Adrian Maurice Elder was released from custody on May 8, 2023, at which time the term of supervised release commenced in the Middle District of North Carolina.

On March, 29, 2025, the defendant committed the offenses of Driving While Impaired, Open Container After Consuming Alcohol First, Hit/Run Fail Stop Property Damage, Fail Comply License Restrictions, Fail Report Accident, Reckless Driving/Wanton Disregard, Fail Stop Stop Sign/Flashing Red Light, Drive Left of Center, and Fail Maintain Lane Control (25 CR 2070161), in Hoke County, North Carolina. A Petition for Action on Supervised Release was submitted to the court due to this conduct and the defendant's conditions were modified to include alcohol abstinence, 60 days of Location Monitoring, and 60 days of Remote Alcohol Monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 6, 2025, our office was notified by the Middle District of North Carolina that the on October 1, 2025, the defendant submitted a urine specimen that tested positive for alcohol and THC. The defendant admitted to using alcohol on September 30, 2025, and using THC approximately seven days prior. The defendant signed an Admission of Use Form on October 1, 2025. The defendant has requested mental health treatment due to this positive urinalysis. To assist the defendant with his mental health issues, it is respectfully recommended that the conditions of supervision be modified to include a mental health treatment condition The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Adrian Maurice Elder
Docket No. 5:14-CR-162-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Tyler L. Wiegand
Tyler L. Wiegand
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2551
Executed On: November 4, 2025

## ORDER OF THE COURT

Considered and ordered this  17  day of  December , 2025, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge